IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01711-REB-KMT

SIMON E. SUE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
ASSOCIATE WARDEN TERRY BARTRUFF,
MAJOR LLOYD WAIDE,
MAJOR MARY COX,
MAJOR KENNETH WILDENSTEIN,
CAPTAIN GARY LITTLE,
CAPTAIN HIGGINS, and
CORRECTIONAL OFFICER NELSON

    Defendants.

---

# MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

Plaintiffs' "Motion to Stay Proceedings" (#25, filed May 02, 2008) and Plaintiffs' "Request for Temporary Stay in Proceedings" which is contained within the Notice of Change of Address (#26, filed on June 20, 2008) are **DENIED as moot**.

Dated: August 14, 2008.