IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 07-cv-01711-REB-KMT

SIMON E. SUE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
ASSOCIATE WARDEN TERRY BARTRUFF,
MAJOR LLOYD WAIDE,
MAJOR MARY COX,
MAJOR KENNETH WILDENSTEIN,
CAPTAIN GARY LITTLE,
CAPTAIN HIGGINS, and
CORRECTIONAL OFFICER NELSON,

    Defendants.

**ORDER OVERRULING OBJECTIONS TO AND
ADOPTING RECOMMENDATION OF THE
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

The matters before me are (1) the **Recommendation of United States Magistrate Judge** [#31], filed August 18, 2008; and (2) **Plaintiff's Objection to the Recommendation of United States Magistrate Pursuant to F.R.C.P., Rule 72(b)** [#41], filed September 19, 2008. I overrule the objections, adopt the recommendation, and grant defendant's motion to dismiss plaintiff's Eighth Amendment claim.

As required by 28 U.S.C. § 636(b), I have reviewed *de novo* all portions of the recommendation to which objections have been filed, and have considered carefully the recommendation, objections, and applicable caselaw. In addition, because plaintiff is

proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers. **See Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). The recommendation is detailed and well-reasoned. Plaintiff's objections thereto are without merit.[1] Therefore, I find and conclude that the arguments advanced, authorities cited, and findings of fact, conclusions of law, and recommendation proposed by the magistrate judge should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation of United States Magistrate Judge** [#31], filed August 18, 2008, is **APPROVED AND ADOPTED** as an order of this court;

2. That plaintiff's objections as stated in **Plaintiff's Objection to the Recommendation of United States Magistrate Pursuant to F.R.C.P., Rule 72(b)** [#41], filed September 19, 2008, are **OVERRULED**;

3. That defendants' **Motion To Dismiss In Part** [#15], filed December 10, 2007, is **GRANTED**; and

4. That plaintiff's Eighth Amendment claim is **DISMISSED WITH PREJUDICE**.

Dated September 24, 2008, at Denver, Colorado.

---

[1] Contrary to plaintiff's argument, psychological harm alone is not sufficient to state a claim for damages under the Eighth Amendment. In fact, such claim is precluded by the Prison Litigation Reform Act ("PLRA"). **See** 42 U.S.C. § 1997e(e) ("No Federal civil action may be brought by a prisoner confined in a jail, prison, or other correctional facility, for mental or emotional injury suffered while in custody without a prior showing of physical injury."). Despite the precedents on which plaintiff relies, the Tenth Circuit has applied this limitation of the PRLA to claims under the Eighth Amendment. **See also Clifton v. Eubank**, 418 F.Supp.2d 1243, 1252 (D. Colo. 2006) (citing **Perkins v. Kansas Department of Corrections**, 165 F.3d 803, 807 (10th Cir. 1999)). Although plaintiff also requests injunctive relief, his complaint does not allege injury of any type, as noted by the magistrate judge. Moreover, in his response, plaintiff asserts no facts that might support a conclusion that he has suffered psychological harm of any type, nor has he requested leave to amend to allege such facts. For these reasons, the motion to dismiss in part must be granted.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge