**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01711-REB-KMT

SIMON E. SUE,

     Plaintiff,

v.

WARDEN KEVIN MILYARD,
ASSOCIATE WARDEN TERRY BARTRUFF,
MAJOR LLOYD WAIDE,
MAJOR MARY COX,
MAJOR KENNETH WILDENSTEIN,
CAPTAIN GARY LITTLE,
CAPTAIN HIGGINS, and
CORRECTIONAL OFFICER NELSON,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on plaintiff's **Notice of Temporary Change of Address and Request for Temporary Stay in Proceedings** [#30] filed August 15, 2008. The request is **DENIED** as moot.

Dated: October 7, 2008

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.