**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01711-REB-MJW

SIMON E. SUE,

    Plaintiff,

v.

WARDEN KEVIN MILYARD,
ASSOCIATE WARDEN TERRY BARTRUFF,
MAJOR LLOYD WAIDE,
MAJOR MARY COX,
MAJOR KENNETH WILDENSTEIN,
CAPTAIN GARY LITTLE,
CAPTAIN HIGGINS, and
CORRECTIONAL OFFICER NELSON,

    Defendants.

**ORDER ADOPTING RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

**Blackburn, J.**

    The matter before me is the **Recommendation on Pro Se Incarcerated Plaintiff Simon E. Sue's Motion for Leave To Amend Prisoner Complaint (Docket No. 100)** [#66] filed February 20, 2009.[1]  No objections having been filed to the recommendation, I review it only for plain error.  **See Morales-Fernandez v. Immigration & Naturalization Service**, 418 F.3d 1116, 1122 (10th Cir. 2005).[2]  Finding

---

[1] This document was originally filed while this case was still consolidated with **Quade v. Milyard**, Civil Action No. 07-cv-00229-WYD-MJW, where it was docketed as #120.  Following deconsolidation, the motion was renumbered as above.

[2] This standard pertains even though plaintiff is proceeding *pro se* in this matter.  **Morales-Fernandez**, 418 F.3d at 1122.  Of course, because plaintiff is proceeding *pro se*, I have construed his pleadings more liberally and held them to a less stringent standard than formal pleadings drafted by lawyers.  **See Erickson v. Pardus**, 551 U.S. 89, – , 127 S. Ct. 2197, 2200, 167 L.Ed.2d 1081 (2007);

no such error in the magistrate judge's recommended disposition, I find and conclude that the recommendation should be approved and adopted.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Recommendation on Pro Se Incarcerated Plaintiff Simon E. Sue's Motion for Leave To Amend Prisoner Complaint (Docket No. 100)** [#66] filed February 20, 2009, is **APPROVED AND ADOPTED** as an order of this court;

2. That **Pro Se Plaintiff Simon E. Sue's Motion for Leave to Amend Prisoner Complaint** [#65] filed January 21, 2009,[3] is **GRANTED IN PART** and **DENIED IN PART**:

   a. That the motion is **GRANTED** insofar as plaintiff seeks leave to amend his complaint to clarify that defendants are sued in both their official and individual capacities and to add a prayer for relief that includes a request for punitive damages of $500,000; and

   b. That the motion is **DENIED** otherwise; and

3. That plaintiff **SHALL FILE** an amended complaint the conforms with this order by no later than **Monday, May 18, 2009**.

Dated April 27, 2009, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    */s/ Robert E. Blackburn*
                                                    Robert E. Blackburn
                                                    United States District Judge

---

***Andrews v. Heaton***, 483 F.3d 1070, 1076 (10th Cir. 2007); ***Hall v. Belmon***, 935 F.2d 1106, 1110 (10th Cir. 1991) (citing ***Haines v. Kerner***, 404 U.S. 519, 520-21 (1972)).

[3] This motion was originally docketed in the consolidated case as #100.