**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01711-REB-MJW

SIMON E. SUE,

    Plaintiff,

v.

ASSOCIATE WARDEN TERRY BARTRUFF,
MAJOR MARY COX,
MAJOR KENNETH WILDENSTEIN,
CAPTAIN HIGGINS,
CORRECTIONAL OFFICER NELSON, and
COLORADO DEPARTMENT OF CORRECTIONS,

    Defendants.

---

**MINUTE ORDER**[1]

---

    The matter comes before the court on **Plaintiff's Motion to Have the Court Issue Binding Documents to Consolidate Case** [#69] filed March 18, 2009.[2] The motion is **DENIED as moot.**

    The matter is also before the court on plaintiff's **Motion to Preserve and Retain Jurisdiction of Pending Motions Filed in Case *Quade v. Milyard, et al.* 07-cv-00229-WYD-MJW** [#73] filed April 24, 2009. The motion is **DENIED as moot.** The various motions filed by plaintiff remain pending despite deconsolidation of plaintiff's case.

    Dated: April 27, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] This document was originally filed while this case was still consolidated with *Quade v. Milyard*, Civil Action No. 07-cv-00229-WYD-MJW, where it was docketed as #138. Following deconsolidation, the motion was renumbered as above.