IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01711-REB-MJW

SIMON E. SUE,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

    It is hereby ORDERED that the defendants' Motion for Leave to Depose Plaintiff (Docket No. 85) is granted.

Date: May 20, 2009