IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01711-REB-MJW

SIMON E. SUE,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that the Defendants' Motion for Leave to Exceed Page Limitation for Motion for Summary Judgment (Docket No. 104) is granted, and thus defendants' motion for summary judgment shall be permitted to exceed the twenty-page limitation by nine additional pages.

Date: July 21, 2009