IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01711-REB-MJW

SIMON E. SUE,

Plaintiff,

v.

WARDEN KEVIN MILYARD, et al.,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby ORDERED that a Settlement Conference is set on Monday, September 28, 2009, at 1:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. This conference is being set forthwith since a trial date has been set on October 19, 2009, and in an effort to assist the parties with a settlement of this case.

FURTHER, it is ORDERED that the incarcerated Plaintiff shall appear telephonically and the plaintiff's case manager or inmate coordinator shall make the appropriate arrangements to permit his attendance at the Settlement Conference **and shall contact the court** by calling the Court at (303) 844-2403. **Such coordinator shall work cooperatively with the Defendant's counsel, Nicole Gellar, of the Colorado Attorney General's Office.**

FURTHER, it is ORDERED that any updated confidential settlement statements may be sent to: watanabe_chambers@cod.uscourts.gov. If there is a way for the Plaintiff to provide a copy of his confidential settlement statement to the court by fax, the court's fax number is (303) 335-2199. This is the only time the Plaintiff will be permitted to fax any document to the court's fax number.

Date:  September 25, 2009