**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Case No. 07-cv-01711-REB-MJW

SIMON E. SUE,

     Plaintiff,

v.

THE COLORADO DEPARTMENT OF CORRECTIONS,

     Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Dismiss With Prejudice** [#129] filed October 16, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Dismiss With Prejudice** [#129] filed October 16, 2009, is **GRANTED**;

2. That the jury trial set to commence October 19, 2009, is **VACATED**; and

3. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated October 19, 2009, at Denver, Colorado.

                                                      BY THE COURT:

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge