**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 07-cv-01711-REB-MJW

SIMON E. SUE,

    Plaintiff,

v.

KEVIN MILYARD, individually, and in his official capacity as Warden of Sterling Correctional Facility,
TERRY BARTRUFF, individually, and in her official capacity as Associate Warden of Sterling Correctional Facility,
LLOYD WAID,  individually, and in his official capacity as Major of Sterling Correctional Facility,
MARY COX-BERGMAN, individually, and in her official capacity as Major of Sterling Correctional Facility,
KENNETH WILDENSTEIN, individually, and in his official capacity as Major of Sterling Correctional Facility,
GARY LITTLE, individually, and in his official capacity as Captain of Sterling Correctional Facility,
RAYMOND HIGGINS, individually, and in his official capacity as Captain of Sterling Correctional Facility, and
AARON NELSON,  individually, and in his official capacity as Correctional Officers of Sterling Correctional Facility,

    Defendants.

---

**ORDER GRANTING STIPULATED MOTION TO SUBSTITUTE THE
COLORADO DEPARTMENT OF CORRECTIONS AS A DEFENDANT
IN PLACE OF THE CURRENT NAMED DEFENDANTS**

---

**Blackburn, J.**

The matter before me is the **Joint Stipulated Motion To Substitute The Colorado Department of Corrections as a Defendant in Place of the Current Named Defendants** [#128] filed September 16, 2009.   After careful review of the motion and the file, I conclude that the motion should be granted and that The Colorado

Department of Corrections should be substituted for the defendants now named in this civil action.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Stipulated Motion To Substitute The Colorado Department of Corrections as a Defendant in Place of the Current Named Defendants** [#128] filed September 16, 2009, is **GRANTED**;

2. That The Colorado Department of Corrections is **SUBSTITUTED** for the defendants now named in this civil action;

3. That the claims for relief against defendants, Milyard, Waide, Little, Higgins, Bartruff, Cox-Bergman, Wildenstein and Nelson, are **DISMISSED WITH PREJUDICE**; and

4. That defendants, Milyard, Waide, Little, Higgins, Bartruff, Cox-Bergman, Wildenstein and Nelson, are **DROPPED** as named parties to this litigation, and the case caption is amended accordingly.

Dated October 19, 2009, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2